Steven G. Rosales
Attorney at Law: 222224
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Maria A. Morales

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| MARIA A. MORALES, | Case No.: CV 1826 PJW |
| Plaintiff, | [~~PROPOSED~~] ORDER OF DISMISSAL |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

The above captioned matter is dismissed with prejudice, each party to bear its own fees, costs, and expenses.

IT IS SO ORDERED.

DATE: 10/19/11

*/s/ Patrick J. Walsh*
THE HONORABLE PATRICK J. WALSH
UNITED STATES MAGISTRATE JUDGE

*This constitutes the judgment under FRCP 58.* PJW

-1-

| | |
|---|---|
| DATE: September 27, 2011 | Respectfully submitted,<br><br>LAW OFFICES OF LAWRENCE D. ROHLFING<br>/s/ *Steven G. Rosales*<br>BY:_____<br>Steven G. Rosales<br>Attorney for plaintiff Maria A. Morales |

**CERTIFICATE OF SERVICE
FOR CASE NUMBER**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for this court by using the appellate CM/ECF system on September 27, 2011.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

*/s/ Steven G. Rosales*

Steven G. Rosales
Attorneys for Plaintiff-Appellant